AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

Arvig Enterprises, Inc.

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 10-cv-4148 MJD/LIB

George K. Baum & Co., et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The claims asserted in the complaint are hereby dismissed with prejudice and without costs to any of the parties.

April 1, 2011                                                              RICHARD D. SLETTEN, CLERK
Date

                                                                                   Katie Thompson
                                                           (By)           Katie Thompson   Deputy Clerk